UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH SEVERSON

                        Plaintiff,                **ORDER OF RECUSAL**

-v-

LIVERPOOL CENTRAL                        Civil Case No. 5:20-CV-1420 (GTS/ATB)
SCHOOL DISTRICT, et al
                      Defendants.
_____

The undersigned hereby **RECUSES** himself from the above-entitled action, which was assigned to him on November 18, 2020. The Clerk is authorized and directed to reassign this case to another Magistrate Judge.

**WHEREFORE,** it is hereby

**ORDERED,** that the Clerk of the Court enter this Order of Recusal for the undersigned; and it is further

**ORDERED,** that the Clerk shall randomly reassign this case to another Magistrate Judge; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on the parties and the Magistrate Judge to whom the case is assigned.

Dated: November 20, 2020

                                                          _/s/ Andrew T. Baxter_
                                                          Andrew T. Baxter
                                                          U.S. Magistrate Judge